3201 Edwards Mill Rd.
Ste 141-492
Raleigh, NC 27612

PH: Tel: (888) 269-9925
email: info@orarllc.com
email: wayne.martin2020z@gmail.com



April 16, 2021

RECEIVED
Western District of Washington
at Seattle

APR 19 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

To: Jason Wilson-Aguilar, Trustee; Honorable Judge Timothy W. Dore
Fr: Wayne Martin - Overage Refund & Asset Recovery
Re: Recovery of Monies Due to the Bankruptcy Court

Dear Honorable Timothy W. Dore and Trustee Jason Wilson-Aguilar,
My name is Wayne Martin with Overage Refund & Asset Recovery and I am an asset recovery specialist. I have identified funds held by a County or State Court that are due to the Bankruptcy Court.

These funds are in the debtor's name and the Bankruptcy court was not notified, as the County does not index Bankruptcy Court cases in their system. The funds I research are created by foreclosure overages, unclaimed probate, tax refunds, condemnation overages, eminent domain payments, etc.

No claim has been made on the funds, because the County has been unable to find the claimant (the debtor), or because the debtor knows they cannot claim it without notifying you.

I work on a contingency basis, relying on a referral fee of 25%, payable only if and when the you are successful claiming the funds. I confirm they are still being held and cross reference the debtor information against the claimant due from the County or State.

If you agree you would be willing to consider recovering these funds for the Bankruptcy Court, please let me know, and I will pass on the information you need to make the claim.

Bankruptcy case: 18-13546 Original Trustee: K Michael Fitzgerald Original Judge: Timothy W. Dore
Case was Filed 09/11/2018, Discharged 12/14/2018 and Terminated 02/25/2020
Amount of monies held that the Bankruptcy Court can recover $435,993.00
Years monies were created 2020/2021

If you do not wish to claim the funds, please let me know. I can work with the debtor to recover them.

Respectfully,

Wayne Martin
https://www.orarllc.com
(888) 269-9925
Member of the Rightful Owner Project
http://rightfulownerproject.org/ropmemberslist.html